Nicholas T. Hua, Bar No. 231035
Nick@hua-gallai.com
Giacomo Gallai, Bar No. 227544
gg@hua-gallai.com
Steven. C. Gonzalez, Bar No. 191675
steve@hua-gallai.com
HUA GALLAI LLP
433 North Camden Drive, 4th Floor
Beverly Hills, CA 90210
Phone: (310) 279-5239
Facsimile: (480) 393-4433

Attorneys for Plaintiff GARY D. DARSEY, individually, and on behalf of others similarly situated

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. DARSEY, an individual, on behalf of himself and of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WAG LABS, INC.; a Delaware corporation; JOSHUA VINER, an individual; BRYAN BENGSTON, an individual; and DOES 1-10, inclusive; <br><br> Defendants. | Case No. 2:17-CV-7014 <br><br> Assigned to Hon. Judge Fernando M. Olguin <br><br> JOINT REPORT RE: SETTLEMENT |

By and through their counsel of record, the parties to the instant matter hereby report that the parties participated in a private mediation with Louis Marlin, Esq. and reached an agreement, recorded in a Memorandum of Understanding, for the resolution of the instant action. Counsel for the parties are continuing to work together to conclude a long form settlement agreement. The resolution under California's Labor Code Private Attorneys General Act ("PAGA") of the claims currently alleged in the operative complaint and related claims uncovered during the course of litigation require a period of notice to California's Labor and

Workforce Development Agency ("LWDA") and the stipulated filing of a First Amended Complaint in accordance with the PAGA statute and the parties' Memorandum of Understanding. As the LWDA notice period is currently running and the parties are still working towards the conclusion of a long form settlement agreement, the parties anticipate that they will file the required motion papers to seek preliminary approval and stipulation for leave to file an amended complaint within the next 90-120 days, or by September 30, 2018.

DATED: June 27, 2018        Respectfully submitted

HUA GALLAI, LLP


By:___/S/ Giacomo Gallai_____
    Nicholas T. Hua, Esq.
    Giacomo Gallai, Esq.
    Steven C. Gonzalez, Esq.
    Attorneys for Plaintiff and all others similarly situated


DATED: June 27, 2018        Respectfully submitted

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:___/S/ Aaron Cole_____
    Aaron Cole, Esq.
    Attorneys for Defendants

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, Giacomo Gallai, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 433 North Camden Drive, 4th Floor, Beverly Hills, California, 90210. On June 27, 2018, I served a copy of the within document(s) described as:

JOINT REPORT RE: SETTLEMENT

   X   U.S. MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below

Aaron H. Cole, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Attorneys for Defendants

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 27, 2018 in Beverly Hills, California.

/S/ Giacomo Gallai