**HUA GALLAI, LLP**
Nicholas T. Hua, Bar No. 231035
Nick@hua-gallai.com
Giacomo Gallai, Bar No. 227544
gg@hua-gallai.com
Steven C. Gonzalez, Bar No. 191756
Steve@hua-gallai.com
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Tel:   (310) 279-5239
Fax:  (480) 393-4433

Attorneys for Plaintiff GARY D. DARSEY, individually, and on behalf of others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. DARSEY, et al., <br><br>　　　　Plaintiffs, <br><br>　　　v. <br><br>WAG LABS, INC., et al., <br><br>　　　　Defendants. | CASE NO.: 2:17-CV-7014-FMO-JPR <br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR CLASS CERTIFICATION AND FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br>Date:     November 1, 2018 <br>Time:    10:00 a.m. <br>Before:  Hon. Fernando M. Olguin <br>Ctrm.:    6D |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 1, 2018, at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 6D of this Court located at the First Street Federal Courthouse, 350 West First Street, Los Angeles, California 90012, Plaintiff GARY D. DARSEY, on behalf of himself and all others similarly situated ("Plaintiff"), unopposed by Defendants, will move for:

　　1)　　Preliminary approval of the proposed class settlement of California law claims in this action;

2) Provisional certification of a class defined as: all individuals who performed dog walks in California during the Settlement Class Period using the Wag app (for settlement purposes only);

3) Preliminary approval of the proposed collective settlement of Fair Labor Standards Act ("FLSA") claims in this action;

4) Provisional certification of an FLSA collective defined as: all individuals who performed dog walks in California during the Settlement Class Period using the Wag app who submit a timely and valid election to opt in to this action pursuant to 29 U.S.C. § 216(b) (for settlement purposes only);

5) Appointment of Plaintiff as class and collective action representative and of his counsel as class and collective counsel (for settlement purposes only);

6) Approval of notice to the class and collective and opt-out/opt-in form; and

7) The scheduling of a hearing to consider whether the class and collective settlement should be finally approved.

This motion is based on this Notice and Motion, the attached Memorandum of Points and Authorities in Support of Motion, the Declarations of Nicholas T. Hua and Gary D. Darsey, the files and records in this action, and any further evidence and argument that the Court may receive at or before the hearing.

DATED: September 27, 2018        By:  /s/
                                     Steven C. Gonzalez
                                 Attorneys for Plaintiff
                                 GARY D. DARSEY, individually, and on
                                 behalf of others similarly situated