1  **HUA GALLAI & GONZALEZ, LLP**
   Nicholas T. Hua, Bar No. 231035
2  Nick@hua-gallai.com
   Giacomo Gallai, Bar No. 227544
3  gg@hua-gallai.com
   Steven C. Gonzalez, Bar No. 191756
4  Steve@hua-gallai.com
   433 N. Camden Drive, 4th Floor
5  Beverly Hills, CA 90210
   Tel:   (310) 279-5239
6  Fax:   (480) 393-4433

7  Attorneys for Plaintiff GARY D. DARSEY,
   individually, and on behalf of others
8  similarly situated

9

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  GARY D. DARSEY, et al., | CASE NO.:  2:17-CV-7014-FMO-JPR |
| 15        Plaintiffs, | |
| 16        v. | **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |
| 17  WAG LABS, INC., et al., | |
| 18        Defendants. | [Concurrently filed with Memorandum of Points and Authorities; Declaration of Nicholas T. Hua; Declaration of Abigail Schwartz; Proposed Order] |
| 19 | |
| 20 | Date:    October 24, 2019<br>Time:    10:00 a.m.<br>Before:  Hon. Fernando M. Olguin<br>Ctrm.:   6D |
| 21 | |
| 22 | |
| 23 | Complaint Filed: September 22, 2017<br>Trial Date:     None<br>District Judge: Hon. Fernando M. Olguin<br>                Courtroom 6D, First St.<br>Magistrate Judge: Hon. Jean P. Rosenbluth<br>                Courtroom 690, Roybal |
| 24 | |
| 25 | |
| 26 | |

27

28

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE THAT On October 24, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 6D of the United States District Court for the Central District of California, 350 West 1st Street, Suite 4311, Los Angeles, CA, 90012-4565, Plaintiff Gary D. Darsey, on behalf of himself and the class ("Plaintiff") will move this Court, and hereby does move, pursuant to Federal Rule of Civil Procedure No. 23, for an order granting final approval of the class action settlement in the instant action. Good cause exists for granting of the motion in that the proposed class action settlement is fair, reasonable, and adequate and in the best interest of the Class and all the Parties.

This unopposed motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in Support, the Declaration of Nicholas T. Hua, and Declaration of Abigail Schwartz (on behalf of Rust Consulting, Inc., the appointed claims administrator), served and filed herewith, as well as upon Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and accompanying documents (Dkt. 32), the Stipulation of Class Action Settlement ("Settlement Agreement") (Dkt. 32-4), the Order Granting Preliminary Approval of Class Action Settlement (Dkt. 43), all of the pleadings, papers and records on file herein, all matters upon which judicial notice may be taken, any oral argument that may be presented at the hearing, and upon such other matters as this Court deems just and necessary.

Dated: October 2, 2019

Respectfully submitted,

_____/s/_____
Steven C. Gonzalez
Attorneys for Plaintiff
GARY D. DARSEY, individually, and on behalf of the Class